```
IN THE UNITED STATES DISTRICT COURT
    FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3137 |
| | ) | |
| v. | ) | |
| | ) | |
| MERLIN ALLEN GOSCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's motion for screening for substance abuse treatment, filing 17, is granted. Pretrial Services shall arrange for the screening.

DATED this 13th day of December, 2007.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge