# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3137 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| MERLIN ALLEN GOSCH, | ) | |
| Defendant. | ) | |

On the oral motion of defense counsel, and with the agreement of plaintiff's counsel,

IT IS ORDERED that Defendant Gosch's evidentiary hearing and sentencing are rescheduled to Friday, May 2, 2008, at 12:30 p.m., before the undersigned United States district judge, in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska. The defendant shall be present unless excused by the court.

March 27, 2008.

BY THE COURT:

s/ *Richard G. Kopf*
United States District Judge