# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:07CR3137 |
| | ) | |
| V. | ) | |
| | ) | |
| MERLIN GOSCH, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that the government's motion to continue defendant's Rule 35(b) hearing until further order of the court (filing 56) is granted. The June 18, 2009 hearing is canceled.

DATED this 28th day of May, 2009.

BY THE COURT:

*S/Richard G. Kopf*
United States District Judge