IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:07CR3137 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| MERLIN GOSCH, | ) | |
| Defendant. | ) | |

On the joint oral motion of the parties,

IT IS ORDERED that:

(1) The hearing on the government's motion for reduction of sentence pursuant to Rule 35(b) has been reset before the undersigned United States district judge to Thursday, March 4, 2010, at 12:30 p.m., in Courtroom No. 1, United States Courthouse and Federal Building, 100 Centennial Mall North, Lincoln, Nebraska.

(2) The United States Marshal is directed to return the defendant to the district for the hearing.

Dated February 19, 2010.

BY THE COURT:

*Richard G. Kopf*
United States District Judge