IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,          )
                                   )
                    Plaintiff,     )          4:07CR3137
                                   )
        V.                         )
                                   )
MERLIN ALLEN GOSCH,                )          ORDER
                                   )
                    Defendant.     )
                                   )

IT IS ORDERED that:

(1)    The defendant's motion to continue (filing 62) his Rule 35 hearing is granted.

(2)    The defendant's March 4, 2010 Rule 35 hearing is canceled until further order of the court.

(3)    Counsel for the government shall notify the court when the motion for reduction in sentence pursuant to Rule 35(b) (filing 53) is ripe for decision. The motion shall not be decided until counsel for the government certifies that the motion is ripe.

DATED this 26th day of February, 2010.

                              BY THE COURT:

                              *Richard G. Kopf*
                              United States District Judge